**Dismissed and Memorandum Opinion filed June 27, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00429-CR

---

## CHRISTOPHER  KEITH  HANDY, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 727971**

---

## MEMORANDUM  OPINION

After a plea of guilty, appellant was convicted of the felony offense of aggravated assault and sentenced to eight years' incarceration on January 14, 1997. Appellant did not file a timely motion for new trial. Appellant filed a notice of appeal on April 25, 2019.

A defendant's notice of appeal must be filed within 30 days after the day sentence is imposed when the defendant has not filed a timely motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the

requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Appellant did not file a timely motion for new trial. Any notice of appeal was due on or before February 13, 1997. Appellant's notice of appeal, April 25, 2019, is untimely. Accordingly, we lack jurisdiction and dismiss the appeal.


PER CURIAM

Panel consists of Wise, Jewell, and Hassan

Do Not Publish – Tex. R. App. P. 47.2(b)